# EXHIBIT 4

## Fully Redacted