# EXHIBIT 5

Fully Redacted