# EXHIBIT 7

Fully Redacted