# EXHIBIT 8

Fully Redacted