# EXHIBIT 9

## Fully Redacted