# EXHIBIT 10

## Fully Redacted