# EXHIBIT 14

## Fully Redacted