# EXHIBIT 15

Fully Redacted